```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CHRISTINA PAPPAS,                        :
                                         :         23cv7830 (DLC)
                              Plaintiff, :
                                         :             ORDER
              -v-                        :
                                         :
PODS ENTERPRISES, LLC,                   :
                                         :
                              Defendant. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court received the plaintiff's January 31, 2024 request for an extension. The plaintiff is advised that she is free to obtain counsel at any time, including after February 2, 2024. Should the plaintiff obtain new counsel, that counsel shall file a notice of appearance on ECF. The plaintiff is advised to refer to the January 23, 2024 Order for instructions on proceeding pro se, that is, without counsel. Accordingly, it is hereby

ORDERED that the plaintiff's request for an extension is denied. If new counsel does not file an appearance by February 2, 2024, it will be assumed that the plaintiff is proceeding pro se.

IT IS FURTHER ORDERED that the plaintiff shall be bound by

the November 9, 2023 Scheduling Order.

Dated:   New York, New York
         January 31, 2024

                                   _____
                                          DENISE COTE
                                   United States District Judge