```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    23cv7830 (DLC)
CHRISTINA PAPPAS,                         :
                                          :         ORDER
                              Plaintiff,  :
                                          :
              -v-                         :
                                          :
PODS ENTERPRISES, LLC,                    :
                                          :
                              Defendant.  :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the March 14, 2024 conference, it is hereby

ORDERED that the defendant shall not disclose discussions with the mediator or the plaintiff, or any written communications, including documents or emails, received from or exchanged with the mediator or the plaintiff during or for the mediation process.

IT IS FURTHER ORDERED that the plaintiff shall not disclose discussions with the mediator or the defendant, or any written communications, including documents or emails, received from or exchanged with the mediator or the defendant during or for the mediation process.

IT IS FURTHER ORDERED that this case is dismissed with prejudice.

Dated:   New York, New York
         March 14, 2024

                                         _____
                                              DENISE COTE
                                        United States District Judge